IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD JAMES | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 07-2162 |
| | : | |
| LOUIS FOLINO, ET AL. | : | |

## ORDER

**AND NOW**, this  25th  day of  August , 2015, upon consideration of the Petition for Writ of Habeas Corpus filed by Petitioner Ronald James (ECF No. 1), Respondents' Answer to Petition for Habeas Relief (ECF No. 13), the Report and Recommendation of Magistrate Judge David Strawbridge (ECF No. 14), and Petitioner's Objections thereto (ECF No. 20), it is **ORDERED** as follows:

1. Petitioner's Objections are **OVERRULED**.
2. The Petition for Writ Of Habeas Corpus is **DENIED**.
3. A certificate of appealability will not issue.

   **IT IS SO ORDERED.**

   BY THE COURT:

   _____
   **R. BARCLAY SURRICK, J.**